# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-3737-R (JEM) | Date | July 11, 2018 |
|---|---|---|---|
| Title | Chrysostom Dominicus v. Superior Court of California County of Norwalk | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER DIRECTING PETITIONER TO SIGN PETITION**

On May 14, 2018, the Court issued an order directing Petitioner to sign the Petition. As of this date, Petitioner has not returned the signed Petition. Petitioner was warned that failure to return the signed Petition to the Court in a timely manner may result in a recommendation that this action be dismissed.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to comply with a court order. Petitioner shall file a written response to this Order to Show Cause no later than July 25, 2018.[1] Petitioner's failure to respond in writing to the Order to Show Cause by the deadline will result in a recommendation that this action be dismissed for failure to comply with a court order.

Returning the signed Petition shall be a satisfactory response to the Order to Show Cause. No extensions of this deadline will be granted absent extraordinary circumstances.

cc: Petitioner

|  | : |
|---|---|
| Initials of Preparer | slo |

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court. Upon the filing of a Response, the Order to Show Cause will stand submitted.