# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-3737-R (JEM) | Date | July 24, 2018 |
|---|---|---|---|
| Title | Chrysostom Dominicus v. Superior Court of California County of Norwalk | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER DIRECTING PETITIONER TO SIGN PETITION**

The Court is in receipt of various returned mailings (Docket Nos. 10, 11 & 12) from the Petitioner, received on July 24, 2018. The Court is unable to determine Petitioner's intent in returning these mailings.

On May 14, 2018, the Court ordered Petitioner to sign the Petition. On July 11, 2018, the Court issued an order to show cause ("OSC") why this action should not be dismissed for failure to comply with a court order. The OSC instructed the Petitioner to file a written response to the OSC no later than July 25, 2018. The Court, *sua sponte*, extends Petitioner's time to sign the Petition by ten (10) days. The clerk is directed to send Petitioner another copy of the Petition filed May 3, 2018.

Petitioner's failure to return the signed Petition will result in a recommendation that this action be dismissed for failure to comply with a court order. No further extensions of this deadline will be granted.

cc: Petitioner

|  | : |  |
|---|---|---|
|  | Initials of Preparer | slo |