# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSOSTOM DOMINICUS, | Case No. CV 18-3737-R (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| SUPERIOR COURT OF CALIFORNIA COUNTY OF NORWALK, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: September 10, 2018

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE